HILARY POTASHNER
Federal Public Defender
C. PAMELA GOMEZ (Bar No. 233848)
(E-Mail: Pamela_Gomez@fd.org)
ROSE D. ANGULO (Bar No. 261992)
(E-Mail: Rose_Angulo@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-5673
Facsimile: (213) 894-1221

Attorneys for Petitioner
JAMES NELSON BLAIR

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JAMES NELSON BLAIR,<br><br>             Petitioner,<br><br>v.<br><br>RON DAVIS, Warden,<br>California State Prison at<br>San Quentin,<br><br>             Respondent. | No. CV 06-4550-VAP<br><br>**DEATH PENALTY CASE**<br><br>**NOTICE OF CALIFORNIA SUPREME COURT'S DECISION ON PETITIONER'S EXHAUSTION PETITION** |

1  Petitioner hereby provides notice that his exhaustion petition, filed in the
2  California Supreme Court on January 31, 2011 (Case No. S190217), was denied on
3  November 18, 2015.  A copy of the decision is attached.

                                      Respectfully submitted,

                                      HILARY POTASHNER
                                      Federal Public Defender

DATED:  December 1, 2015          By  */s/ C. Pamela Gómez*
                                      C. PAMELA GÓMEZ
                                      Deputy Federal Public Defender

                                      Attorneys for Petitioner
                                      JAMES NELSON BLAIR

SUPREME COURT
FILED

NOV 18 2015

Frank A. McGuire Clerk

_____
Deputy

S190217

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

---

In re JAMES NELSON BLAIR on Habeas Corpus.

---

The petition for writ of habeas corpus, filed on January 31, 2011, is denied. The claim raised in the petition is denied on the merits. The claim is also barred as untimely under *In re Robbins* (1998) 18 Cal.4th 770, 780, and procedurally barred as successive under *In re Clark* (1993) 5 Cal.4th 750, 767-768, because it could and should have been raised in petitioner's prior habeas corpus petition.

_____
CANTIL-SAKAUYE
*Chief Justice*