RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT
MAR -7 2016
CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

To Clerk of Court:

It is my desire to make a personal appearance before Judge Phillips re relese from custody. I believe that my habeas corpus petition has been granted by Judge Phillips, and release from custody is warranted. Complaint for Damages; CV 06.04550.VAP; Supplemental Pleadings.

FILED
CLERK, U.S. DISTRICT COURT
MAR 7 2016
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

James Blair
P.O. Box D-13027
San Quentin Prison
San Quentin, CA 94974



United States District Court,
Clerk's Office
3470 12th Street
Riverside,
CA 92501