JS-6

<div style="text-align: center; color: red; font-size: xx-large;">**Death Penalty**</div>

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMES NELSON BLAIR,<br><br>        Petitioner,<br><br>   v.<br><br>RON BROOMFIELD, Acting Warden of California State Prison at San Quentin,<br><br>        Respondent. | CASE NO. CV 06-04550 VAP<br><br>**DEATH PENALTY CASE**<br><br>JUDGMENT |

   Pursuant to the Order Denying Habeas Relief issued simultaneously with this Judgment, IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice, except as to Claims M and O, which are dismissed without prejudice.  The Order Denying Habeas Relief constitutes final disposition of the Amended Petition by the Court.

   The Clerk is directed to enter judgment.

Dated: March 1, 2021

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE